FORM 8. Entry of Appearance

Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Victor L. Wade     v.     United States

No. 16-2263

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: Victor L Wade

Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus curiae
- ☐ Cross Appellant
- ☐ Appellant
- ☒ Appellee
- ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

- ☐ Petitioner or appellant
- ☒ Respondent or appellee

| | |
|---|---|
| Name: | William E Cassara |
| Law Firm: | William E Cassara, P.C. |
| Address: | PO Box 2688 |
| City, State and Zip: | Evans, Georgia 30809 |
| Telephone: | 706-860-5768 |
| Fax #: | 706-868-5022 |
| E-mail address: | bill@courtmartial.com |

Statement to be completed by counsel only (select one):

- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/27/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date July 11, 2016     Signature of pro se or counsel /s/ William E Cassara

cc: Daniel Herzfeld, Esquire

Reset Fields